# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3773

_____

| | | |
|---|---|---|
| Betty J. Vernon, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| North Point Ford; Ford Motor Credit, | * | |
| (1); Tri-Ford Mercury; Ford Motor | * | **[UNPUBLISHED]** |
| Company; Ford Motor Credit, (2), | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 7, 2001
Filed: June 12, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Betty J. Vernon appeals from the district court's[1] dismissal of her pro se action alleging state and federal law violations related to her purchase of an automobile and to a subsequent state court action. After de novo review of the record, see Charchenko v. City of Stillwater, 47 F.3d 981, 982 (8th Cir. 1995); Springdale Educ. Ass'n v. Springdale Sch. Dist., 133 F.3d 649, 651 (8th Cir. 1998), we conclude dismissal was

_____

[1]The HONORABLE GEORGE HOWARD, JR., United States District Judge for the Eastern District of Arkansas.

proper for the reasons stated by the district court.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. Vernon's pending motions are denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.